IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF LABOR & INDUSTRIES,<br><br>                 Respondent,<br><br>    v.<br><br>HOUSING AUTHORITY OF KING COUNTY,<br><br>                 Appellant. | No. 80408-1-I<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION, WITHDRAWING OPINION, AND SUBSTITUTING OPINION |

Respondent, Department of Labor and Industries, has filed a motion for reconsideration of the opinion filed in the above matter on June 8, 2020. The court has determined that respondent's motion for reconsideration should be granted, the opinion should be withdrawn and a substitute opinion be filed. Now, therefore, it is hereby

ORDERED that respondent's motion for reconsideration is granted. It is further

ORDERED that the opinion filed on June 8, 2020, is withdrawn and a substitute opinion be filed.